IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SHERMAN GILES and<br>SHARON HALL,<br><br>    Plaintiffs,<br><br>v.<br><br>JAVELIN LEARNING<br>SYSTEMS, INC.,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)  CIVIL ACTION NO.:<br>)  1:13-cv-00962-SCJ<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, counsel for plaintiffs Sherman Giles and Sharon Hall ("plaintiffs") and counsel for defendant Javelin Learning Systems, Inc. ("defendant") hereby agree and stipulate that plaintiffs' claims against defendant in the above-captioned case are hereby **DISMISSED WITH PREJUDICE**. The parties shall bear their own costs.

                                      *s/ Alan H. Garber*
                                      Alan H. Garber
                                      Georgia Bar No. 283840
                                      Marc N. Garber
                                      Georgia Bar No. 283847
                                      THE GARBER LAW FIRM, P.C.
                                      Suite 14
                                      4994 Lower Roswell Road
                                      Marietta, GA  30068
                                      (678) 560-6685

        (678) 560-5067 (facsimile)
ahgarber@garberlaw.net
mngarber@garberlaw.net

**COUNSEL FOR PLAINTIFFS**

<u>*s/ Erik S. Rodriguez*</u>
Erik S. Rodriguez
Georgia Bar No. 611411
*rodriguezer@gtlaw.com*
Keshia A. McCrary
Georgia Bar No. 751051
*mccraryk@gtlaw.com*

Greenberg Traurig, LLP
Terminus 200
3333 Piedmont Road, NE
Suite 2500
Atlanta, Georgia  30305
Phone:  (678) 553-4764
Fax:  (678) 553-4765

**COUNSEL FOR DEFENDANT**

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that a copy of the foregoing was electronically filed with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all attorneys of record.

Dated: April 17, 2014.

<u>**s/ Alan H. Garber**</u>
Alan H. Garber